UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.

Christopher Sugar

Criminal No. 03M-1150-JGD

03-10362-PBS

### Motion for Subsistence Expenses

Request is hereby made on behalf of Christopher Sugar, for funds furnished by the United States marshal for subsistence expenses pursuant to 18 U.S.C. § 4285, and not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a)

Such request is based upon the Declaration of Mark W. Shea, counsel appointed for Christopher Sugar.

### DECLARATION OF MARK W. SHEA

I, Mark W. Shea, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Christopher Sugar;

2. The Defendant is indigent and without funds to pay for subsistence expenses while in Boston for his court appearance.

3. The Defendant is charged with two counts of distribution of cocaine base;

4. The case is to be scheduled for arraignment on December 19, 2003;

5. Justice dictates that this motion be allowed.

1

I declare under penalty of perjury, under the laws of the Commonwealth of Massachusetts, that the foregoing is true and correct. Executed this 12th day of December, 2003.

*Mark W. Shea*
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
617.577.8722
mwshea@slrw.net