UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. |
| | ) | 03-10362-PBS |
| CHRISTOPHER SUGAR | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEFENDANT'S MOTIONS FOR
FUNDS FOR TRAVEL COSTS AND SUBSISTENCE COSTS
FOR COURT APPEARANCE**

December 15, 2003

DEIN U.S.M.J.

Upon consideration of Defendant, Christopher Sugar's Motion for Transportation from Arizona to Massachusetts, Motion for Subsistence Expenses, and Motion for Transportation from Massachusetts to Arizona, it being deemed by this Court that:

1. Christopher Sugar is a defendant in the above-captioned case and is not in custody;

2. Christopher Sugar has been deemed indigent by this Court, and counsel has been appointed to represent him;

3. Christopher Sugar is a resident of Arizona and other than in connection with court appearances in this action, does not have occasion to travel to Massachusetts;

4. Christopher Sugar is scheduled to appear before this Court for arraignment on the afternoon of December 19, 2003;

5. Christopher Sugar is financially unable to provide the necessary transportation costs to appear before the Court;

6. The interests of justice would be served by the allowance of these motions.

**IT IS HEREBY ORDERED** that the aforesaid motions are **GRANTED**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge