UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                    Criminal No. 03-cr-10362-PBS

Christopher Sugar

### Affidavit in Support of Motion To Suppress Evidence

I, Christopher Sugar, state the following under the pains and penalties of perjury:

1.  I am the defendant in the above-referenced case.

2.  On October 22, 2003 at approximately noon I was driving a borrowed Recreational Vehicle (RV) on a highway in Phelps County, Mossouri.

3.  Sean D. Stark was sitting in the front passenger seat on that date and time.

4.  In the direction I was traveling, the highway was two lanes wide, paved, and had road lines in between and outside the lanes.

5.  As I drove, I became aware that a police vehicle was following me and as a result drove in a very careful manner, committing no motor vehicle infractions to my knowledge.

6.  Within a short time, and within a short distance, less than half a mile in distance to my belief, I was stopped by the sheriff deputies.

7.  One police officer approached the vehicle, asked for identification, and I produced it.

8.  The officer questioned me and Mr. Stark and then ordered us out of the vehicle.

9.  I was ordered to remain at that location.

10. I did not consent to a search of the vehicle.

11. Several more police officers arrived at the scene with a drug sniffing dog.

12. The dog sniffed the exterior of the vehicle without my consent.

1

13.    Police then entered and searched the vehicle without my consent.

14.    I never possessed a key to the RV closet.

15.    Eventually, police searched the closet of the borrowed RV and found marijuana
       inside.

Signed under the pains and penalties of perjury this 29th day of March 2004.

Christopher Sugar