UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 03-M-1150-JGD |
| ) | |
| FABIAN RUIZ ) | |
| ) | |

### JOINT MOTION TO POSTPONE STATUS CONFERENCE

All parties hereto jointly request that this Court postpone the April 2, 2004 status conference for approximately three weeks. As grounds therefore Ruiz's counsel has a scheduling conflict which recently arose as a result of a new matter. Defendants agree to exclude the time between April 2, 2004 and the next status conference pursuant to the Speedy Trial Act.

U.S. ATTORNEY

_____
Cynthia W. Lie
U.S. District Court
One Courthouse Way
Boston, MA  02210
617-748-3100

FABIAN RUIZ
By his attorney,

_____
Valerie S. Carter
CARTER & DOYLE LLP
530 Atlantic Avenue
Boston, MA  02210
617-348-0525

TREVOR TEAGUE
By his attorney,

_____
Elliot Weinstein
228 Lewis Wharf
Boston, MA  02110
617-367-9334

1

ANIBAL TORRES
By her attorney,

_____
Syrie Fried (by VSC w/perm)
408 Atlantic Avenue
Boston, MA  02210
617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2004 a true copy of the above document was served upon the attorney of record for each other party by mail, postage prepaid.

_____
Valerie S. Carter, Esq.

3