UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

CHRISTOPHER SUGAR,
SEAN D. STARK,
TREVOR ROYCE TEAGUE
ANIBAL TORRES and
FABIAN A. RUIZ

**FURTHER ORDER ON EXCLUDABLE TIME**

April 1, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for April 2, 2004. The parties have jointly requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 2, 2004 - April 26, 2004

that being the period between the Interim Status Conference as originally scheduled and the rescheduled Interim Status Conference.

**The Interim Status Conference has been rescheduled for Monday, April 26, 2004, at 2:30 p.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7)**

before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge