UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| CHRISTOPHER SUGAR<br>SEAN STARK | |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                    April 15, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing Re: Motions to Suppress filed by both defendants on **May 18, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                          By the Court,

                                            /s/ Robert C. Alba
                                          Deputy Clerk

Copies to:  All Counsel