

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          *John Joseph Moakley United States Courthouse*
                                          *1 Courthouse Way*
                                          *Suite 9200*
                                          *Boston, Massachusetts 02210*

April 23, 2004

~~VIA FIRST-CLASS MAIL AND FACSIMILE~~  *VIA HAND*
                                         *CA*
Mark Shea, Esq.
47 Third Street
Cambridge, MA 02141

        Re: United States v. Sugar et al - 03-CR-10362 (PBS)

Dear Mark:

        In response to your letter dated March 30, 2004, I have discussed
your five questions with Sheriff Blankenship, the handler of the
canine at issue, and he has conveyed the following responses to the
best of his knowledge:

1) Enclosed is the Certificate of Basic Police Canine Introductory
Narcotics Detection Course for the Sheriff and canine; the Sheriff
regularly practices with the canine as well;

2) Sheriff Blankenship has been the sole custodian of the canine since
the canine began its narcotics duties and there have been no incident
reports that utilized the police dog and handler;

3) Any veterinary records of the police dog would be at the Brown
Veterinary Clinic in Rolla, Missouri;

4) none;

5) none.

        If you have any questions, please feel free to call me at the
telephone number below.

                              Very truly yours,

                              Cynthia W. Lie
                              Assistant U.S. Attorney
                              (617) 748-3183