*filed in open court 4/26/04*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-CR-10362 (PBS) |
| ) | |
| CHRISTOPHER SUGAR, ) | |
| SEAN D. STARK, ) | |
| TREVOR ROYCE TEAGUE, ) | |
| ANIBAL TORRES, ) | |
| a/k/a PACE; and ) | |
| FABIAN A. RUIZ, ) | |
| ) | |
| Defendants. ) | |

**FINAL STATUS CONFERENCE REPORT**

The parties in the above-entitled criminal matter, the United States of America (the "government") and the defendants, hereby submit this Final Status Conference Report, pursuant to Local Rule 116.5(C)(1)-(8).

1. **Whether there are outstanding discovery issues not yet presented or resolved by the Court.**

No. All Rule 16 and automatic discovery materials have been provided to defendants' counsel or made available for counsels' review to date. There are no outstanding discovery issues that need to be resolved by the Court.

2. **Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.**

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the marijuana, as set forth in the indictment, which was seized from defendants Sugar and Stark on October 22, 2003 and then delivered to

1

defendants Ruiz, Torres and Teague on October 24, 2003. The government will disclose any expert materials no later than 30 days before trial. The defendants will disclose any expert materials no later than 14 days before trial.

3. Whether defendants intends to raise a defense of insanity or public authority.

No.

4. Whether the government has requested notice of alibi by the defendant and, if so, whether the defendant has timely responded.

The government did request notice of alibi but the defendants have yet to respond.

5. Whether the defendants have filed, or intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

Yes, defendants Sugar and Stark have filed motions to suppress and the government has filed its opposition. A hearing date has already been set for May 18, 2004.

6. Whether a schedule should be set concerning any matter in the case other than trial.

Currently, only a trial date should be set.

7. Whether the parties have discussed the possibility of an early resolution of the case without a trial and if so, the results of that discussion.

The parties have unsuccessfully discussed the possibility of an early resolution of the case without a trial. Therefore, a trial date should be set.

8. Whether there are periods of excludable delay under the Speedy Trial Act as to which the parties agree, and what they are, and whether there are any disagreements, and what they are, to enable the Magistrate Judge to rule on periods of excludable delay at the Final Status Conference.

5. Speedy Trial Act Calculations

2

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

12/12/03-1/19/04     Automatic Discovery period/Interests of Justice.

1/20/04-1/21/04      Two days counted.

1/22/04-4/26/04      Court order/Interests of Justice.

As of the Final Status Conference, 2 days will have been counted and 68 days will remain under the Speedy Trial Act.

9.   **The estimated length of trial.**

5 Days.

Respectfully submitted,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Cynthia W. Lie
CYNTHIA W. LIE
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3183                    Dated: April 25, 2004

Mr. Mark Shea                     Mel Norris/CL        Consent via phone
Attorney at Law                   Mr. Mel Norris       4/25/04
47 3rd Street                     Attorney at Law
Cambridge, MA 02141               260 Boston Post Road
                                  Wayland, MA 01778
Dated: April __, 2004             Dated: April __, 2004

/s/ Elliot M. Weinstein           Syrie Fried/CL       Consented via phone
Elliot M. Weinstein               Syrie Fried          4/25/04
228 Lewis Wharf                   Federal Defender
Boston, MA 02110                  408 Atlantic Ave
                                  Boston, MA 02210
Dated: April __, 2004             Dated: April __, 2004

Valerie Carter/CL     Consented via phone message
Valerie Carter                              4/25/04
Carter & Doyle, LLP
530 Atlantic Avenue, 3rd Floor
Boston, MA 02210

Dated: April __, 2004

3