UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.

Criminal No. 03-cr-10362-PBS

Christopher Sugar

## Motion for Transportation from Arizona to Massachusetts

Request is hereby made on behalf of Christopher Sugar, for transportation arranged by the United States marshal at government expense pursuant to 18 U.S.C. § 4285, for his suppression hearing.

Such request is based upon the Declaration of Mark W. Shea, counsel appointed for Christopher Sugar.

## DECLARATION OF MARK W. SHEA

I, Mark W. Shea, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Christopher Sugar;

2. the Defendant is indigent and without funds to pay for transportation to the place where his appearance is required.

3. the Defendant resides in Arizona and requires air transportation to the United States District court in Boston.

4. the Defendant is charged with one count of trafficking marijuana;

5. the case scheduled for a suppression hearing on May 18, 2004;

1

6. justice dictates that this motion be allowed.

I declare under penalty of perjury, under the laws of the Commonwealth of Massachusetts, that the foregoing is true and correct. Executed this 3rd day of May 2004.

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
617.577.8722
mwshea@slrw.net