# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States of America
v.
Christopher Sugar
Sean Stark

**EXHIBIT LIST**

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Cynthia Lie | Mel Norris, Mark Shea |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/18/04, 5/19 | Marie Cloonan | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | 5/18/04 | | ✓ | PHOTO OF HIGHWAY |
| 7 | | 5/18/04 | | ✓ | PHOTO OF MOTORHOME |
| 8 | | 5/18/04 | | ✓ | PHOTO OF HOTEL & RESTAURANTS ON RTE 66 |
| 5 | | 5/18/04 | | ✓ | SUMMONS ISSUED FOR TRAFFIC STOP |
| 9 | | 5/18/04 | | ✓ | PHOTO OF MARIJUANA INSIDE CLOSET |
| 4 | | 5/18/04 | | ✓ | POLICE REPORT |
| 3 | | 5/18/04 | | ✓ | AFFIDAVIT OF CARMELO CRIVELLO |
| | A | 5/19/04 | | ✓ | PRESCRIPTION BOTTLE — SEAN STARK |
| 1 | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages