AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Massachusetts

United States of America
V.
Christopher Sugar
Sean Stark

███████████ WITNESS LIST

Case Number: 03-CR-10362-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Cynthia Lie | Mel Norris, Mark Shea |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/18/04, 5/19 | Marie Cloonan | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5-18-04 / 5-19-04 | | | CARMELO CRIVELLO — PHELPS COUNTY SHERIFF'S DEPT |
| | 1 | 5-19-04 | | | SEAN STARK — DEFENDANT |
| | 2 | 5-19-04 | | | CHRISTOPHER SUGAR — DEFENDANT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages