UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Filed in Open
Court 5-18-04
2:20 pm

United States of America

vs.  Criminal No. 03-cr-10362-PBS

Christopher Sugar

**Defendant's Second Affidavit in Support of Motion to Suppress Evidence**

I, Christopher Sugar, state the following under pains and penalties of perjury:

1. I am the defendant in the above referenced case.

2. Prior to being stopped in Missouri, I spent two nights sleeping in the back of the RV.

Signed under the pains and penalties of perjury this 18th day of May 2004.

Christopher Sugar