EXHIBIT

4

tabbies®

**LEAD**

LAW ENFORCEMENT AND DETECTION

K-9 TRAINING CENTER

This is to certify that

## Sheriff Don Blankenship and Police Canine Nitro

Have successfully completed the 40 hour

### Basic Police Canine Introductory Narcotics Detection Course

At the Law Enforcement And Detection Canine Training Center

Given here on this 27th Day of January, 2001

Course Instruction and Topics Discussed: Canine Narcotics Detection, Basic Obedience, Canine Case Law, Animal Behavioral Sciences, Maintaining Canine Training Logs, Courtroom Testimony, Drug Interdiction Techniques, Spanish Survival Part I, Drug Interdiction Check Points.

Instructors: Dr. Jack Herring, Doctor of Veterinarian Medicine
Steve Zeigs, Prosecuting Attorney - Canine Case Law
Sheriff Don Blankenship, Drug Interdiction Check Points
Michael Henderson, Narcotics Task Force Agent
Evidence Handling and Hazards of Meth Labs to Police Canines

_Director of Training_

L.E.A.D.