


Help | Contact us | Forms | FAQs | Job



# Executive summary on 2002 Missouri traffic stops

- Background   - Findings   - Analysis by Attorney General Jay Nixon

- Appendix A: Local traffic stops in proportion to state racial composition. The disparity index compares proportion of local stops to proportion of state population. (168K)
- Appendix B: 2002, 2001 and 2000 disparity indexes are compared. (1,465K)

**Racial profiling forms submitted by agency**
A-B | C | D-F | G-J | K-L | M-N | O-R | S | T-W
Individual reports are 115K. Accuracy verification statement.

You can view all of the agency reports in two PDF files:
Part 1: Adair County-LaPlata (1,974K).  Part 2: Lathrop-Wright County (1,886K).

ANNUAL REPORTS | 2002 | 2001 | 2000

## I. Background
Concerns by the citizens of Missouri and the Missouri legislature regarding allegations o racial profiling by law enforcement prompted the passage of state law Section 590.650, RSMo (2000), which was enacted Aug. 28, 2000. Racial profiling has been defined as the inappropriate use of race by law enforcement when making a decision to stop, search, or arrest a motorist.



Missouri's state law requires that all peace officers in the state report specific information including a driver's race for each traffic stop made in the state. Law enforcement agencies are required to turn in the data to the Attorney General, and the Attorney General is required to compile the data and report to the Governor no later than June 1 of each year. The law allows the Governor to withhold state funds for any agency which does not comply with the law. State law requires that all information be reported to the Attorney General's Office by March 1.

The summary of statewide racial profiling data has been provided by Scott H. Decker, curator's professor of criminology and criminal justice; Richard Rosenfeld, professor of criminology and criminal justice; and Jeffrey Rojek, doctoral candidate in criminology and criminal justice; all at the University of Missouri-St. Louis.

Table 1. **2002 statewide summary of results**

| Key indicators | Total | White | Black | Hispanic | Asian | American Indian | Other |
|---|---|---|---|---|---|---|---|
| Population | 4,331,937 | 3,692,696 | 444,024 | 80,094 | 50,593 | 17,951 | 46,579 |
| Stops | 1,369,185 | 1,130,546 | 191,025 | 26,752 | 10,992 | 1,303 | 8,567 |
| Searches | 108,539 | 79,775 | 24,041 | 3,824 | 359 | 103 | 437 |
| Arrests | 79,576 | 57,400 | 18,817 | 2,690 | 271 | 79 | 319 |
| Population % | 100.00% | 85.24% | 10.25% | 1.85% | 1.17% | .41% | 1.08% |
| Disparity index | --- | .97 | 1.36 | 1.05 | .68 | .23 | .58 |
| Search rate | 7.93% | 7.06% | 12.59% | 14.29% | 3.27% | 7.90% | 5.10% |
| Contraband hit rate | 21.08% | 22.60% | 17.47% | 17.26% | 14.76% | 26.21% | 19.91% |
| Arrest rate | 5.81% | 5.08% | 9.85% | 10.06% | 2.47% | 6.06% | 3.72% |

**Notes:** Population figures are from the 2000 Census for persons 16 years of age and older who designated a single race. Hispanics may be of any race. Other includes persons of mixed race and unknown race.

**Disparity index** = (proportion of stops / proportion of population). A value of 1 represents no disparity; values greater than 1 indicate over-representation; values less than 1 indicate under-representation.

RACIAL PROFILING DATA/2000

## Agency: Phelps County Sheriff's Dept.

**Population: 30,383**
age 18 and over

| KEY INDICATORS | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|
| Stops | 261 | 195 | 27 | 22 | 1 | 7 | 9 |
| Searches | 28 | 20 | 4 | 4 | 0 | 0 | 0 |
| Arrests | 4 | 1 | 3 | 0 | 0 | 0 | 0 |
| Statewide population % | N/A | 86.38 | 10.41 | 1.82 | 1.43 | 1.03 | 0.99 |
| Local population % | N/A | 93.56 | 1.39 | 1.01 | 2.99 | 1.37 | 0.91 |
| Disparity index | N/A | 0.80 | 7.45 | 8.34 | 0.13 | 1.96 | 3.80 |
| Search rate | 10.73 | 10.26 | 14.81 | 18.18 | 0.00 | 0.00 | 0.00 |

**Notes:**
Population figures are for those who are 18 years of age and older. Figures are from the 2000 Census (driving-age figures are not yet available).

Black, Asian, and American Indian includes persons of mixed race. Other race includes unknown race.

The disparity index = proportion of stops / proportion of population. A value of 1 represents no disparity; values greater than 1 indicate over-representation.

Search rate = (searches / stops) X 100.                #Error indicates zero denominator.

| TRAFFIC STOP STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Violation leading to stop | Moving | 223 | 167 | 23 | 20 | 1 | 4 | 8 |
| | Equipment | 31 | 23 | 3 | 1 | 0 | 3 | 1 |
| | License | 7 | 5 | 1 | 1 | 0 | 0 | 0 |
| Stop outcome | Citation | 60 | 35 | 3 | 1 | 0 | 0 | 0 |
| | Warning | 220 | 159 | 23 | 21 | 1 | 7 | 9 |
| Location of stop | Interstate hwy | 154 | 102 | 20 | 21 | 0 | 3 | 8 |
| | US hwy | 31 | 26 | 3 | 0 | 1 | 0 | 1 |
| | State hwy | 30 | 24 | 3 | 1 | 0 | 2 | 0 |
| | County road | 20 | 19 | 0 | 0 | 0 | 1 | 0 |
| | City street | 26 | 24 | 1 | 0 | 0 | 1 | 0 |
| | Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Driver gender | Male | 180 | 126 | 23 | 17 | 0 | 6 | 8 |
| | Female | 81 | 69 | 4 | 5 | 1 | 1 | 1 |
| Driver age | 17 and under | 37 | 30 | 1 | 2 | 1 | 2 | 1 |
| | 18-29 | 83 | 70 | 6 | 4 | 0 | 0 | 3 |
| | 30-39 | 83 | 54 | 13 | 8 | 0 | 3 | 3 |
| | 40 and over | 58 | 41 | 7 | 8 | 0 | 2 | 0 |

1

**Phelps County Sheriff's Dept.: page 2**

| SEARCH STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Probable cause/ authority to search | Consent | 27 | 19 | 4 | 4 | 0 | 0 | 0 |
| | Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Drug/alcohol odor | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Incident to arrest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Plain view contraband | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Reasonable suspicion-weapon | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Drug-dog alert | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| What searched | Driver | 5 | 5 | 0 | 0 | 0 | 0 | 0 |
| | Car/property | 27 | 19 | 4 | 4 | 0 | 0 | 0 |
| Search duration | 0-15 minutes | 24 | 18 | 4 | 2 | 0 | 0 | 0 |
| | 16-30 minutes | 3 | 2 | 0 | 1 | 0 | 0 | 0 |
| | 31+ minutes | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Contra-band found | Drugs/alcohol | 5 | 3 | 2 | 0 | 0 | 0 | 0 |
| | Currency | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Weapon | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Stolen property | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrest charge | Outstanding warrant | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Drug violation | 2 | 1 | 1 | 0 | 0 | 0 | 0 |
| | Resist arrest | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| | Offense against person | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | DWI/BAC | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Property offense | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 1 | 0 | 1 | 0 | 0 | 0 | 0 |

# Agency response

RACIAL PROFILING DATA/2001

## Agency: Phelps County Sheriff's Dept.

Population: 31,541
age 16 and over

| KEY INDICATORS | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|
| Stops | 660 | 522 | 72 | 53 | 3 | 3 | 7 |
| Searches | 187 | 130 | 25 | 25 | 1 | 2 | 4 |
| Arrests | 79 | 41 | 83 | 18 | 0 | 0 | 0 |
| Statewide population % | N/A | 85.24 | 10.25 | 1.85 | 1.17 | 0.41 | 1.08 |
| Local population % | N/A | 92.97 | 1.32 | 1.05 | 2.62 | 0.55 | 1.49 |
| Disparity index | N/A | 0.85 | 8.27 | 7.65 | 0.17 | 0.82 | 0.71 |
| Search rate | 28.33 | 24.90 | 34.72 | 47.17 | 33.33 | 66.67 | 57.14 |
| Contraband hit rate | 45.99 | 41.54 | 72.00 | 44.00 | 100.00 | 100.00 | 0.00 |
| Arrest rate | 11.97 | 7.85 | 115.28 | 33.96 | 0.00 | 0.00 | 0.00 |

**Notes:** Population figures are from the 2000 Census for persons 16 years of age and older who designated a single race. Hispanics may be of any race. Other includes persons of mixed race and unknown race.

Disparity index = (proportion of stops / proportion of population). A value of 1 represents no disparity; values greater than 1 indicate over-representation, values less than 1 indicate under-representation.

Search rate = (searches / stops) X 100.
Contraband hit rate = (searches with contraband found / total searches) X 100.
Arrest rate = (arrests / stops) X 100.

#Error indicates zero denominator.

| TRAFFIC STOP STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Violation leading to stop | Moving | 545 | 431 | 60 | 41 | 3 | 3 | 7 |
| | Equipment | 76 | 58 | 10 | 8 | 0 | 0 | 0 |
| | License | 49 | 39 | 4 | 5 | 0 | 0 | 1 |
| Stop outcome | Citation | 136 | 119 | 11 | 4 | 0 | 0 | 2 |
| | Warning | 521 | 402 | 60 | 47 | 3 | 3 | 6 |
| Location of stop | Interstate hwy | 360 | 247 | 59 | 48 | 0 | 0 | 6 |
| | US hwy | 68 | 67 | 1 | 0 | 0 | 0 | 0 |
| | State hwy | 85 | 80 | 2 | 2 | 0 | 1 | 0 |
| | County road | 92 | 80 | 7 | 2 | 1 | 2 | 0 |
| | City street | 46 | 40 | 2 | 1 | 2 | 0 | 1 |
| | Other | 7 | 7 | 0 | 0 | 0 | 0 | 0 |
| Driver gender | Male | 486 | 378 | 54 | 41 | 3 | 3 | 7 |
| | Female | 173 | 143 | 18 | 12 | 0 | 0 | 0 |
| Driver age | 17 and under | 23 | 23 | 0 | 0 | 0 | 0 | 0 |
| | 18-29 | 285 | 227 | 29 | 20 | 3 | 0 | 6 |
| | 30-39 | 184 | 130 | 29 | 22 | 0 | 2 | 1 |
| | 40 and over | 168 | 142 | 14 | 11 | 0 | 1 | 0 |

**Phelps County Sheriff's Dept.: page 2**

| SEARCH STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Probable cause/ authority to search | Consent | 173 | 117 | 24 | 25 | 1 | 2 | 4 |
| | Inventory | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Drug/alcohol odor | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| | Incident to arrest | 12 | 12 | 0 | 0 | 0 | 0 | 0 |
| | Plain view contraband | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| | Reasonable suspicion-weapon | 11 | 4 | 3 | 3 | 0 | 1 | 0 |
| | Drug-dog alert | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| What searched | Driver | 52 | 39 | 7 | 4 | 0 | 0 | 2 |
| | Car/property | 181 | 127 | 23 | 24 | 1 | 2 | 4 |
| Search duration | 0-15 minutes | 156 | 116 | 17 | 17 | 1 | 2 | 3 |
| | 16-30 minutes | 27 | 14 | 8 | 4 | 0 | 0 | 1 |
| | 31+ minutes | 4 | 0 | 0 | 4 | 0 | 0 | 0 |
| Contraband found | Drugs/alcohol | 82 | 51 | 17 | 11 | 1 | 2 | 0 |
| | Currency | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Weapon | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| | Stolen property | 1 | 0 | 1 | 0 | 0 | 0 | 0 |
| | Other | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Arrest charge | Outstanding warrant | 3 | 3 | 0 | 0 | 0 | 0 | 0 |
| | Drug violation | 43 | 19 | 13 | 11 | 0 | 0 | 0 |
| | Resist arrest | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Offense against person | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| | DWI/BAC | 4 | 4 | 0 | 0 | 0 | 0 | 0 |
| | Property offense | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 3 | 3 | 0 | 0 | 0 | 0 | 0 |

# Agency response

RACIAL PROFILING DATA/2002

**Agency: Phelps County Sheriff's Dept**          Population: 31,541
                                                  age 16 and over

| KEY INDICATORS | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|
| Stops | 707 | 582 | 58 | 37 | 9 | 10 | 10 |
| Searches | 178 | 133 | 23 | 18 | 1 | 0 | 3 |
| Arrests | 77 | 54 | 11 | 10 | 1 | 0 | 1 |
| Statewide population % | N/A | 85.24 | 10.25 | 1.85 | 1.17 | 0.41 | 1.08 |
| Local population % | N/A | 92.97 | 1.32 | 1.05 | 2.62 | 0.55 | 1.49 |
| Disparity index | N/A | 0.89 | 6.22 | 4.99 | 0.49 | 2.56 | 0.95 |
| Search rate | 25.18 | 22.85 | 39.66 | 48.65 | 11.11 | 0.00 | 30.00 |
| Contraband hit rate | 47.75 | 46.62 | 52.17 | 50.00 | 100.00 | #Error | 33.33 |
| Arrest rate | 10.89 | 9.28 | 18.97 | 27.03 | 11.11 | 0.00 | 10.00 |

Notes: Population figures are from the 2000 Census for persons 16 years of age and older who designated a single race. Hispanics may be of any race. Other includes persons of mixed race and unknown race.

Disparity index = (proportion of stops / proportion of population). A value of 1 represents no disparity; values greater than 1 indicate over-representation, values less than 1 indicate under-representation.

Search rate = (searches / stops) X 100.
Contraband hit rate = (searches with contraband found / total searches) X 100.
Arrest rate = (arrests / stops) X 100.                              #Error indicates zero denominator.

| TRAFFIC STOP STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Violation leading to stop | Moving | 453 | 373 | 35 | 23 | 9 | 7 | 6 |
| | Equipment | 168 | 140 | 13 | 10 | 0 | 3 | 2 |
| | License | 93 | 78 | 10 | 3 | 0 | 0 | 2 |
| Stop outcome | Citation | 114 | 98 | 8 | 6 | 0 | 1 | 1 |
| | Warning | 600 | 492 | 51 | 30 | 9 | 9 | 9 |
| | No action | 0 | 52 | 11 | 10 | 1 | 0 | 1 |
| Location of stop | Interstate hwy | 298 | 212 | 39 | 32 | 6 | 5 | 4 |
| | US hwy | 124 | 113 | 5 | 1 | 1 | 1 | 3 |
| | State hwy | 80 | 76 | 2 | 0 | 0 | 1 | 1 |
| | County road | 76 | 66 | 6 | 3 | 1 | 0 | 0 |
| | City street | 117 | 108 | 4 | 1 | 1 | 2 | 1 |
| | Other | 6 | 5 | 0 | 0 | 0 | 1 | 0 |
| Driver gender | Male | 494 | 395 | 45 | 30 | 9 | 7 | 8 |
| | Female | 211 | 186 | 13 | 7 | 0 | 3 | 2 |
| Driver age | 17 and under | 41 | 40 | 0 | 0 | 0 | 0 | 1 |
| | 18-29 | 344 | 285 | 28 | 15 | 3 | 7 | 6 |
| | 30-39 | 165 | 125 | 22 | 11 | 4 | 1 | 2 |
| | 40 and over | 155 | 132 | 8 | 10 | 2 | 2 | 1 |

**Phelps County Sheriff's Dept.: page 2**

| SEARCH STATS | | Total | White | Black | Hispanic | Asian | Am. Indian | Other |
|---|---|---|---|---|---|---|---|---|
| Probable cause/ authority to search | Consent | 149 | 111 | 19 | 16 | 1 | 0 | 2 |
| | Inventory | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| | Drug/alcohol odor | 12 | 11 | 0 | 1 | 0 | 0 | 0 |
| | Incident to arrest | 14 | 11 | 1 | 2 | 0 | 0 | 0 |
| | Plain view contraband | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| | Reasonable suspicion-weapon | 20 | 12 | 6 | 2 | 0 | 0 | 0 |
| | Drug-dog alert | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Other | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| What searched | Driver | 16 | 11 | 3 | 1 | 1 | 0 | 0 |
| | Car/property | 120 | 86 | 16 | 14 | 1 | 0 | 3 |
| | Driver & Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Search duration | 0-15 minutes | 148 | 117 | 15 | 12 | 1 | 0 | 3 |
| | 16-30 minutes | 18 | 10 | 6 | 2 | 0 | 0 | 0 |
| | 31+ minutes | 10 | 4 | 2 | 4 | 0 | 0 | 0 |
| Contraband found | Drugs/alcohol | 81 | 60 | 10 | 9 | 1 | 0 | 1 |
| | Currency | 2 | 1 | 1 | 0 | 0 | 0 | 0 |
| | Weapon | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| | Stolen property | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 2 | 1 | 1 | 0 | 0 | 0 | 0 |
| Arrest charge | Outstanding warrant | 9 | 6 | 1 | 2 | 0 | 0 | 0 |
| | Drug violation | 56 | 37 | 9 | 8 | 1 | 0 | 1 |
| | Resist arrest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Offense against person | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Traffic Violation | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | DWI/BAC | 7 | 7 | 0 | 0 | 0 | 0 | 0 |
| | Property offense | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Other | 3 | 2 | 1 | 0 | 0 | 0 | 0 |

# Agency response