

# Puppy Training and Imprinting

**Date:** Tuesday, July 03 @ Central Daylight Time
**Topic:** Hornbecks Training Center

$19.95 plus S/H
Buy Now



This 75 minute video developed at Hornbeck's Training Center covers critical periods of the puppy's life, from birth to sixteen weeks of age. It shows what to do to condition the pup to be a strong working police canine. This film features Deputy John Scott with his Belgian Malinois pup, Waco, at eleven weeks of age, biting and releasing his bite on command. Waco searches for drugs, giving an aggressive alert when he has found them. It also features Sheriff Donald Blankenship with his fully trained and certified Golden Retriever female, Spitfire, at 4 1/2 months of age. Jim goes to great depths to show you how to train a young pup to be the best trained K-9.

This article comes from Hornbecks
http://www.hornbecks.net/hornbecks

The URL for this story is:
http://www.hornbecks.net/hornbecks/article.php?sid=81



EXHIBIT

6