

# Hidden Compartments of Drug Traffickers Volume 1

**Date:** Monday, July 02 @ Central Daylight Time
**Topic:** Drug Interdiction

$49.95 plus S/H
Buy Now



Comprehensive video showing all types of compartments used by traffickers.

Filmed on I-44, Missouri; I-40 Tennessee, and Brooks County, TX. Actual interdiction stops being made. This video covers the hiding place of drug smugglers, how to detect drugs, what tools to use and how to search a vehicle without tearing it apart

A two video series, this videos takes you on a tour of Brooks County, TX impound yard. Showing attempted hiding places of drug smugglers. This video will show you how to save time searching for drugs by looking at indicators of where drugs are usually hidden.

This article comes from Hornbecks
http://www.hornbecks.net/hornbecks

The URL for this story is:
http://www.hornbecks.net/hornbecks/article.php?sid=53

EXHIBIT 7