UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                          Criminal No. 03-cr-10362-PBS

Christopher Sugar

**Motion for Extension of Time to File Motion to Compel Discovery**

Defendant, Christopher Sugar, respectfully moves this Court that he be allowed until Monday, May 24, 2004, in which to file his Motion to Compel Discovery.

As reason therefore, defense counsel's scanner malfunctioned and he was unable to get the problem resolved until after the close of court business on May 24, 2004.

Respectfully submitted,
CHRISTOPHER SUGAR
By his attorney,

_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
Telephone:   617.577.8722
Facsimile:   617.577.7897
e-mail:      mwshea@slrw.net

1