UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                          Criminal No. 03-cr-10362-PBS

Christopher Sugar

**MOTION FOR ENLARGEMENT OF BAIL**

The defendant Christopher Sugar, by his attorney, respectfully requests this Honorable Court to enlarge his conditions of bail to allow him to travel from Tucson Arizona, to Pittsburgh, Pennsylvania from August 18 to August 22, 2004. Mr. Sugar's father has recently undergone bypass surgery and Mr. Sugar desires to move him to Arizona. He will fly from Phoenix, Arizona on August 18, and drive cross-country to Arizona, arriving the evening of August 22. He will be staying with Ken Sugar at 412 Chatham Parkway and will be available on his cellphone at 520-403-4848. He will notify the pretrial office of his itinerary, and will notify pretrial services within 24 hours of his arrival in Pennsylvania and within 24 hours of his return to Arizona.

Additionally, Mr. Sugar respectfully requests this Honorable Court to enlarge the conditions of bail to allow him to travel from Tucson, Arizona to Batesville, Indiana from September 16 to September 19, 2004. Mr. Sugar is getting married in Indiana during that time. He will be staying at the home of his fiancé's family and will be available on his cellphone at 520-403-4848. He will notify the pretrial office of his itinerary and will notify pretrial services within 24 hours of his arrival in Indiana and within 24 hours of his return to Arizona.

Christopher Sugar
By his attorney,

*/s/ Mark W. Shea*
_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
617.577.8722
mwshea@slrw.net

1