UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                              Criminal No. 03-cr-10362-PBS

Christopher Sugar

MOTION FOR COPIES OF TRANSCRIPTS

    The defendant, Christopher Sugar, by his attorney, respectfully requests this Honorable Court to order the Court Reporter to furnish Counsel with a copy of the transcripts ordered by the Government with reference to the Government's Appeal of this Court's Order of June 24, 2004. The transcripts are of the hearings held on April 18, 2004 and April 19, 2004. Copies of these transcripts are necessary for the defendant to prepare for the appeal.

Christopher Sugar
By his attorney,

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
617.577.8722
mwshea@slrw.net

Date: August 30, 2004

1