# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 03-10362-PBS |
| | ) |
| | ) |
| v. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 846-- |
| | ) Conspiracy to |
| | ) Distribute Marijuana and |
| | ) to Possess with Intent to |
| | ) Distribute Marijuana |
| 1. CHRISTOPHER SUGAR, | ) |
| 2. SEAN D. STARK, | ) 21 U.S.C.§ 841(a)(1)-- |
| 3. TREVOR ROYCE TEAGUE; and | ) Possession with Intent to |
| 4. FABIAN A. RUIZ, | ) Distribute Marijuana |
| | ) |
| | ) 18 U.S.C. § 2--Aiding |
| | ) And Abetting |
| | ) |
| | ) 21 U.S.C. § 853 – |
| | ) Forfeiture Allegation |
| Defendants. | ) |

## SUPERSEDING INDICTMENT

**COUNT ONE:**       (21 U.S.C. § 846 -- Conspiracy To Distribute
                Marijuana and to Possess with Intent to Distribute
                Marijuana)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but beginning no

later than in or about October 2003, at Marlborough and Lawrence,

in the District of Massachusetts, at Tucson in the District of

Arizona, at Rolla in the Eastern District of Missouri, and

elsewhere,

        1.    CHRISTOPHER SUGAR
        2.    SEAN D. STARK
        3.    TREVOR ROYCE TEAGUE; and
        4.    FABIAN A. RUIZ

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved at least 100 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**<u>COUNT TWO</u>:**     **(21 U.S.C. § 841(a)(1) -- Possession with**
                    **Intent to Distribute Marijuana;**
                    **18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about October 22, 2003, at Tucson, Arizona, at

Rolla, Missouri, and elsewhere,

**1.    CHRISTOPHER SUGAR; and**
**2.    SEAN D. STARK**

defendants herein, did knowingly and intentionally possess with

intent to distribute marijuana, a Schedule I controlled

substance.

The Grand Jury further charges that this offense involved at

least 100 kilograms of a mixture or substance containing a

detectable amount of marijuana, a Schedule I controlled

substance.  Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(vii) applies to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

-3-

**COUNT THREE**:    **(21 U.S.C. § 841(a)(1) -- Possession with
Intent to Distribute Marijuana;
18 U.S.C. § 2 -- Aiding and Abetting)**

On or about October 24, 2003, at Marlborough, in the
District of Massachusetts and elsewhere,

       **3.    TREVOR ROYCE TEAGUE and**
       **4.    FABIAN A. RUIZ**

defendants herein, did knowingly and intentionally possess with
intent to distribute marijuana, a Schedule I controlled
substance.

The Grand Jury further charges that this offense involved at
least 100 kilograms of a mixture or substance containing a
detectable amount of marijuana, a Schedule I controlled
substance.  Accordingly, Title 21, United States Code, Section
841(b)(1)(B)(vii) applies to this offense.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

-4-

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts One through Three of this Indictment, the defendants,

**1.    CHRISTOPHER SUGAR**
**2.    SEAN D. STARK**
**3.    TREVOR ROYCE TEAGUE; and**
**4.    FABIAN A. RUIZ**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.    If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant

-5-

up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1.    The defendant **CHRISTOPHER SUGAR** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana.  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

2.    The defendant **SEAN STARK** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

3.    The defendant **TREVOR ROYCE TEAGUE** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana.  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

4.    The defendant **FABIAN RUIZ** is accountable for at least 100 kilograms, but not more than 400 kilograms, of marihuana. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

5.    The defendant **FABIAN RUIZ** was an organizer, leader, manager, or supervisor in this criminal activity, which involved five or more participants.  Accordingly, USSG §3B1.1(a) and (b) apply to this defendant.

-7-

A TRUE BILL,


_____
FOREPERSON OF THE GRAND JURY




_____
Cynthia W. Lie
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS              October _13_, 2004


    Returned into the District Court by the Grand Jurors and
filed.


_____
              Deputy Clerk
                         10-13-04 @ 4.09 PM


-8-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 03-10362-PBS |
| | ) | |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846-- |
| | ) | Conspiracy to |
| | ) | Distribute Marijuana and |
| | ) | to Possess with Intent to |
| | ) | Distribute Marijuana |
| 1. CHRISTOPHER SUGAR, | ) | |
| 2. SEAN D. STARK, | ) | 21 U.S.C.§ 841(a)(1)-- |
| 3. TREVOR ROYCE TEAGUE; and | ) | Possession with Intent to |
| 4. FABIAN A. RUIZ, | ) | Distribute Marijuana |
| | ) | |
| | ) | 18 U.S.C. § 2--Aiding |
| | ) | And Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 - |
| | ) | Forfeiture Allegation |
| Defendants. | ) | |

## SUPERSEDING INDICTMENT

I, the undersigned, foreperson of the grand jury of this court, at the term begun and held at Boston on the *13th* day of November, 2004 in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the above case, this record not to be made public except on order of the court, to wit:

_____*2c*_____grand jurors concurring in the indictment.


_____
FOREPERSON

◆JS 45 (5/97) - (Revised USAO MA 3/25/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** II_____          **Investigating Agency** DEA_____

**City**   MARLBOROUGH_____          **Related Case Information:**

**County**   Middlesex_____          Superseding Ind./ Inf. __X_____   Case No.   03-10362-PBS
                                        Same Defendant  X_____   New Defendant _____
                                        Magistrate Judge Case Number   03MJ01150-JGD_____
                                        Search Warrant Case Number   _____
                                        R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   TREVOR TEAGUE_____          Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   5151 N. KAIN STREET #152, Tucson, AZ_____

Birth date: x/xx/77___   SS#: xxx-xx-5808___   Sex:  m___   Race:  Caucasian_____   Nationality:  USA_____

**Defense Counsel if known:**   Elliot M. Weinstein_____          **Address:**  228 Lewis Wharf_____
                                                                                  Boston, MA 02210_____

**Bar Number:**   _____

**U.S. Attorney Information:**

**AUSA**   Cynthia Lie_____          **Bar Number if applicable**   _____

**Interpreter:**   ☐ Yes   ☒ No          **List language and/or dialect:**   _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**          October 24, 2003_____

☒ **Already in Federal Custody as**   October 24, 2003_____   **in**   D Mass_____   .
☐ **Already in State Custody**   _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by   _____   **on**   _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  10/13/04          **Signature of AUSA:**   _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    TREVOR TEAGUE

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2 | 21 USC 841 | possession with intent to distribute marijuana | III |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 TEAGUE.wpd - 3/13/02

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** II _____    **Investigating Agency** DEA _____

**City** MARLBOROUGH _____    **Related Case Information:**

**County** Middlesex _____    Superseding Ind./ Inf. __X_____    Case No. __03-10362-PBS__
                                 Same Defendant __X_____    New Defendant _____
                                 Magistrate Judge Case Number ___03MJ01150-JGD____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __FABIAN RUIZ_____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __1101 W Ebner Place, Tucson, AZ_____

Birth date: _x/xx/79__   SS#: _xxx-xx-9270__   Sex: _m_   Race: _Hispanic_   Nationality: _____

Defense Counsel if known: __Valerie Carter_____    Address: __530 Atlantic Avenue, 3rd Floor__
                                                              __Boston, MA 02210__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Cynthia Lie_____    **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No    **List language and/or dialect:**    __Spanish_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

        ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 24, 2003_____

☒ **Already in Federal Custody as** __October 24, 2003_____ in __D Mass_____.
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____  **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/13/04          ~~Signature of AUSA:~~ _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>Fabian Ruiz</u>

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2  21 USC 841 | possession with intent to distribute marijuana | III |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

U.S. District Court - District of Massachusetts

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet

Category No. __II__    Investigating Agency __DEA__

**Place of Offense:**

City __MARLBOROUGH__

County __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __03-10362-PBS__

Same Defendant __X__    New Defendant

Magistrate Judge Case Number __03MJ01150-JGD__

Search Warrant Case Number ____

R 20/R 40 from District of ____

---

**Defendant Information:**    Juvenile  ☐ Yes  ☒ No

Defendant Name __SEAN STARK__

Alias Name ____

Address __10661 E. Keystone Road, Tucson, AZ__    Nationality: __USA__

Birth date: __x/xx/74__    SS#: __xxx-xx-9696__    Sex: __m__    Race: __Caucasian__    Address: __260 Boston Post Road Suite 9__
__Wayland, MA 01778__

**Defense Counsel if known:** __Mel Norris__

**Bar Number:** ____

**U.S. Attorney Information:**    Bar Number if applicable ____

AUSA __Cynthia Lie__

List language and/or dialect: ____

Interpreter:  ☐ Yes  ☒ No

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __October 24, 2003__    in ____

☐ Already in Federal Custody as ____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ Already in State Custody ____    on __10/28/03__

☒ On Pretrial Release:  Ordered by __Dein__    ☒ Indictment

**Charging Document:**  ☐ Complaint  ☐ Information    ☒ Felony

☐ Petty  ☐ Misdemeanor

**Total # of Counts:** ____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __10/13/04__    Signature of AUSA: ____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Sean Stark

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2 | 21 USC 841 | possession with intent to distribute marijuana | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 STARK.wpd - 3/13/02

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.** II          **Investigating Agency** DEA

**City** MARLBOROUGH          **Related Case Information:**

**County** Middlesex          Superseding Ind./ Inf.  X          Case No.    03-10362-PBS
                             Same Defendant  X          New Defendant
                             Magistrate Judge Case Number    03MJ01150-JGD
                             Search Warrant Case Number
                             R 20/R 40 from District of

**Defendant Information:**

Defendant Name   CHRISTOPHER SUGAR          Juvenile   ☐ Yes   ☒ No

Alias Name

Address   5052 N. SABINO CANYON, APT 2251, Tucson, AZ

Birth date: x/xx/81    SS#: xxx-xx-2105    Sex: m    Race: Caucasian    Nationality: USA

**Defense Counsel if known:**   Mark Shea          **Address:** 47 Third Street; Suite 201
                                                         Cambridge, MA 02141

**Bar Number:**

**U.S. Attorney Information:**

**AUSA**  Cynthia Lie          **Bar Number if applicable**

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**       ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   October 24, 2003

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Dein          on   10/28/03

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 10/13/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Christopher Sugar _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | conspiracy to distribute marijuana | I |
| Set 2 | 21 USC 841 | possession with intent to distribute marijuana | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 SUGAR.wpd - 3/13/02