# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-2032

USDC Docket Number : 03-cr-10362

United States of America

v.

Christopher Sugar, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 135, 136 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 12, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____

_____
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]