UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                                          CR# 03-10362 PBS

SEAN D. STARK and
CHRISTOPHER SUGAR

### DEFENDANT SEAN STARK AND CHRISTOPHER SUGAR'S JOINT MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF GOVERNMENT'S APPEAL

Now come the defendants, Sean D. Stark and Christopher Sugar, and move this Honorable Court to stay proceedings in this criminal case until the resolution of the Government's Appeal of this Court's ruling on his Motion to Suppress.

In support of this Motion, the defendants state that the Government has appealed this Court's decision granting their Motion to Suppress to the First Circuit Court of Appeals. It is the defendants' position that the Motion to Suppress will dispose of the case against them in the event that the Government's appeal is denied. Therefore, the defendants request that this action, as to these two defendants, be stayed, including arraignments on superseding indictments, until the resolution of the Government's Appeal.

By their attorneys,

/s/ MARK W. SHEA                                /s/ MELVIN NORRIS

Mark W. Shea                                         Melvin Norris
47 Third Street, Suite 201                       260 Boston Post Road
Cambridge, MA 02141-1265                 Wayland, MA 01778
(617) 577-8722                                       (508) 358-3305
BBO# 558319                                        BBO# 373900

Dated: December 8, 2004