# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 04-2032

UNITED STATES,
Appellant,

v.

CHRISTOPHER SUGAR; SEAN STARK,
Defendants - Appellees.

---

**JUDGMENT**

**Entered: January 10, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By____MARGARET CARTER____
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk
_/s/ Linda Bauer_
Deputy Clerk

Date: JAN 1 0 2005

[cc: Ms. Chaitowitz, Ms. Lie, Messrs: Pelgro, Shea and Norris]