UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 03-10362-WGY |
| ) | |
| v. ) | |
| ) | |
| FABIAN A. RUIZ, et al., ) | |
|     Defendants. ) | |
| _____) | |
| ) | |
| IN RE: CHRISTOPHER SUGAR ) | |
| ) | |
| _____) | |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Christopher Sugar to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Christopher Sugar has been called to testify or provide other information before a jury at the trial of <u>United States v. Fabian A. Ruiz, et al.</u>, Criminal No. 03-10362-WGY, within the District of Massachusetts.

2. It is likely that Christopher Sugar will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3.   In the judgment of the United States Attorney, the testimony or other information from Christopher Sugar may be necessary to the public interest; and

4.   The Application filed herein has been made with the approval of Bruce C. Swartz, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Christopher Sugar shall give testimony or provide other information as to all matters about which she may be interrogated at the trial of <u>United States v. Fabian A. Ruiz, et al.</u>, Criminal No. 03-10362-WGY.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Christopher Sugar in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

*William G. Young*
UNITED STATES DISTRICT JUDGE
WILLIAM G. YOUNG
CHIEF

DATE: Jan 31, 2005

2