UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 03-CR-10362 (PBS) |
| CHRISTOPHER SUGAR | ) | |
| SEAN D. STARK | ) | |
| TREVOR ROYCE TEAGUE | ) | |
| and | ) | |
| FABIAN A. RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL OF
## CHRISTOPHER SUGAR FROM THE SUPERSEDING INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Christopher Sugar from Counts One and Two of the Superseding Indictment, as well as the Forfeiture Allegation. In support of this dismissal, the government states that the dismissal is in the interests of justice.

January _18_, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Leave to File Granted:

_William G. Young_
PATTI B. SARIS, Judge
United States District Court

January _31_, 2005