UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 03-CR-10362 (WGY) |
| CHRISTOPHER SUGAR et al. | ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL OF
### CHRISTOPHER SUGAR FROM THE INDICTMENT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses Christopher Sugar from Counts One and Two of the Indictment, as well as the Forfeiture Allegation. In support of this dismissal, the government states that the dismissal is in the interests of justice.

February __1__, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____

CYNTHIA W. LIE
JENNIFER ZACKS
Assistant U.S. Attorneys

Leave to File Granted:

_____
WILLIAM G. YOUNG, Chief Judge
United States District Court

February __1__, 2005